EXHIBIT "B"

# PENSKE TRUCK LEASING CO. L.P.

## REPAIR ORDER 7434-155812    RO DATE: 01/03/2012   VEHICLE: 491646   MILEAGE: 237679   PAGE 1 OF 3

| CUSTOMER: | 60992200 | TRANS PAPA LOGISTICS INC | | | |
|---|---|---|---|---|---|
| REPAIR LOC: | 7434-10 | | ☐ FOREIGN UNIT | CHARGE LOC: | |
| OWNING LOC: | 7434-10 | SOUTH BRUNSWICK | | | PENSKE RELEASE NO. | ACCIDENT REPORT NO. | SEP INV CD |
| VEHICLE NO: | 491646 | | CUST P.O. # | | | | 13 |
| VIN NUMBER: | 1UYVS23865M880001 | | ☐ CAPITALIZATION | | | | |
| IN-SVC DATE: | 1/27/06 | | | | | | |
| TYPE: | 36FT T/A REEFER TRAILER | | | | | | |
| MAKE: | 2008 UTILITY TRAI FROZEN | | | | | | |

**AT TIME OF REPAIR**

| COMPONENT | METER | MILEAGE | HUB/SPEEDO CHANGE | NEW MILEAGE | NEW METER | COMMENTS: |
|---|---|---|---|---|---|---|
| RU | 10318 | 237679 | ☐ | | | ADDED OIL QTY: |
| --- | --- | --- | | | | CHANGED OIL QTY: |
| --- | --- | --- | | | | |
| --- | --- | --- | | | | |
| --- | --- | --- | | | | |
| --- | --- | --- | | | | |

---

**JOB NO. 1   GOAL**   ☐ WARRANTY

**COMPLAINT** SCHEDULED PM

**CAUSE** DUE

**CORRECTION** COMPLETE TR2 PM - REEFER

| REP/PM CODE | YEAR | MAKE | MODEL | SERIAL NUMBER |
|---|---|---|---|---|
| 19 - TR2 | | | | |

☐ REBUILD

PARTS COST ___  PARTS RETAINED Y/N ___

TECH HOURS 2.00  CUST SVC HOURS ___  ON ROAD HOURS ___

PARTS REBILL $ ___  LABOR REBILL $ ___  TECH(S) PATRICK

| CODE | PART/TIRE TAG NO. | PART DESCRIPTION | UNIT PRICE | QTY | TOTAL |
|---|---|---|---|---|---|
| 82 | 920374 | LATCH,DOOR,MRJ ACCESS | N/C | 2 | N/C |
| 52 | F31S-1000 | Core Credit-F31S-1000 | N/C | 2 | N/C |
| 52 | F31S-1000 | Core-BATTERY,VEHICLE | N/C | 2 | N/C |
| 52 | F31S-1000 | BATTERY,VEHICLE | | 2 | |
| 19 | FS19580A | FILTER,ELEMENT,FUEL FILTE... | | 1 | |
| 19 | LF9030 | FILTER,LUBE OIL | | 1 | |
| 19 | A0KT0024093054 | PENSKE-A OIL ANALYSIS KIT | | 1 | |
| 19 | | Oil Disposal/Envtl. Fee | | 1 | |

**NOTES** PERFORM 34-POINT INSPECTION (INCLUDES REFRIGERATION, MECHANICAL, ELECTRICAL); OIL ANALYSIS; CHANGE OIL AND FILTER; DOCUMENT ADDITIONAL

---

**JOB NO. 2   GOAL**   ☐ WARRANTY

**COMPLAINT** COMPLETE LG1 PM - LIFT GATE

**CAUSE** DUE

**CORRECTION** COMPLETE LG1 PM - LIFT GATE

| REP/PM CODE | YEAR | MAKE | MODEL | SERIAL NUMBER |
|---|---|---|---|---|
| 19 - LG1 | | | | |

☐ REBUILD

PARTS COST ___  PARTS RETAINED Y/N ___

TECH HOURS .30  CUST SVC HOURS ___  ON ROAD HOURS ___

PARTS REBILL $ ___  LABOR REBILL $ ___  TECH(S) PATRICK

**NOTES** PERFORM 26-POINT INSPECTION (INCLUDES ELECTRICAL, HYDRAULIC, STRUCTURAL); GREASE COMPONENT AS NEEDED; DOCUMENT ADDITIONAL REPAIRS NEEDED

282

# REPAIR ORDER 7434-155812     RO DATE: 01/03/2012     VEHICLE:     491646     MILEAGE: 237679     PAGE 2 OF 3

| JOB NO. | 3 | GOAL | ☐ WARRANTY | YEAR | MAKE | | |
|---|---|---|---|---|---|---|---|
| COMPLAINT | SCHEDULED PM | | REBILL ☐ | MODEL | | | |
| | | | REP/PM CODE 19 - T1 | | | | |
| CAUSE | DUE | | PARTS COST | SERIAL NUMBER | | | |
| | | | | PARTS RETAINED Y/N ☐ | | | |
| CORRECTION | COMPLETE T1 PM - TRAILER | | TECH HOURS .70 | CUST SVC HOURS | ON ROAD HOURS | TECH(S) PATRICK | |
| | | | PARTS REBILL $ | LABOR REBILL $ | | | |

NOTES   PERFORM 27-POINT PREVENTIVE MAINTENANCE INSPECTION (INCLUDES, BRAKES, TIRES, ELECTRICAL SYSTEM, AXLES, ETC.); DOCUMENT ADDITIONAL REPAIRS NEEDED

| JOB NO. | 4 | GOAL | ☐ WARRANTY | YEAR | MAKE | | |
|---|---|---|---|---|---|---|---|
| COMPLAINT | LIFTGATE INOP | | REBILL ☐ | MODEL | | | |
| | | | REP/PM CODE 55 | | | | |
| CAUSE | WIRING | | PARTS COST | SERIAL NUMBER | | | |
| | | | | PARTS RETAINED Y/N ☐ | | | |
| CORRECTION | REPAIR LIFT GATE WIRING | | TECH HOURS .30 | CUST SVC HOURS | ON ROAD HOURS | TECH(S) PATRICK | |
| | | | PARTS REBILL $ | LABOR REBILL $ | | | |

NOTES   REPAIR LIFT GATE WIRING AS NEEDED; SECURE WIRING AND VERIFY PROPER OPERATION

| JOB NO. | 5 | GOAL | ☐ WARRANTY | YEAR | MAKE | | |
|---|---|---|---|---|---|---|---|
| COMPLAINT | REPLACE BATTERIES | | REBILL ☐ | MODEL | | | |
| | | | REP/PM CODE 52 | | | | |
| CAUSE | FAILED LOAD TESTING | | PARTS COST | SERIAL NUMBER | | | |
| | | | | PARTS RETAINED Y/N | | | |
| CORRECTION | REPLACE BATTERY | | TECH HOURS 1.10 | CUST SVC HOURS | ON ROAD HOURS | TECH(S) PATRICK | |
| | | | PARTS REBILL $ | LABOR REBILL $ | | | |

NOTES   CHECK BATTERY; INSPECT AND CLEAN BATTERY CABLES; REMOVE AND REPLACE BATTERY; REASSEMBLE; CHECK CRANKING SYSTEM TO VERIFY PROPER OPERATION

| CODE | PART/TIRE TAG NO. | PART DESCRIPTION | UNIT PRICE | QTY | TOTAL |
|---|---|---|---|---|---|

283

REPAIR ORDER 7434-155812    RO DATE: 01/03/2012    VEHICLE: 491646   MILEAGE: 237679   PAGE 3 OF 3

| JOB NO. | 6 | GOAL | | ☐ WARRANTY | YEAR | MAKE |
|---|---|---|---|---|---|---|
| COMPLAINT | REEFER DOORS DON'T CLOSE | | REBILL ☐ | MODEL | | |
| | | | REP/PM CODE 82 | | | |
| CAUSE | LATCHES WORN OUT | | PARTS COST | SERIAL NUMBER | | |
| | | | TECH HOURS .70 | PARTS RETAINED Y/N ☐ | | |
| CORRECTION | REPLACE DOOR LATCH | | PARTS REBILL $ | LABOR REBILL $ | CUST SVC HOURS | ON ROAD HOURS |
| | | | | | TECH(S) PATRICK | |
| NOTES | REPLACE DOOR LATCH ON REFRIGERATION UNIT ENCLOSURE | | | | | |

| JOB NO. | 7 | GOAL | | ☐ WARRANTY | YEAR | MAKE |
|---|---|---|---|---|---|---|
| COMPLAINT | ADJ BELTS | | REBILL ☐ | MODEL | | |
| | | | REP/PM CODE 82 | | | |
| CAUSE | LOOSE | | PARTS COST | SERIAL NUMBER | | |
| | | | TECH HOURS .50 | PARTS RETAINED Y/N ☐ | | |
| CORRECTION UNIT | ADJUST BELTS ON REEFER | | PARTS REBILL $ | LABOR REBILL $ | CUST SVC HOURS | ON ROAD HOURS |
| | | | | | TECH(S) PATRICK | |
| NOTES | ADJUST BELT TENSIONS ON REFRIGERATION UNIT TO PROPER SPEC AS NEEDED | | | | | |

| JOB NO. | | GOAL | | ☐ WARRANTY | YEAR | MAKE |
|---|---|---|---|---|---|---|
| COMPLAINT | | | REBILL ☐ | MODEL | | |
| | | | REP/PM CODE | | | |
| CAUSE | | | PARTS COST | SERIAL NUMBER | | |
| | | | TECH HOURS | PARTS RETAINED Y/N ☐ | | |
| CORRECTION | | | PARTS REBILL $ | LABOR REBILL $ | CUST SVC HOURS | ON ROAD HOURS |
| | | | | | TECH(S) | |
| NOTES | | | | | | |

| CODE | PART/TIRE TAG NO. | PART DESCRIPTION | UNIT PRICE | QTY | TOTAL |
|---|---|---|---|---|---|

284

# PENSKE TRUCK LEASING CO. L.P.

## REPAIR ORDER 7434-157430    RO DATE: 01/19/2012    VEHICLE: 491646    MILEAGE: 237676    PAGE 1 OF 1

| CUSTOMER: | 60992200 | TRANS PAPA LOGISTICS INC | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REPAIR LOC: | 7434-10 | SOUTH BRUNSWICK | | ☐ FOREIGN UNIT | CHARGE LOC: | | | |
| OWNING LOC: | 7434-10 | SOUTH BRUNSWICK | | | | | PENSKE RELEASE NO. | ACCIDENT REPORT NO. | SEP INV CD |
| VEHICLE NO: 491646 | | | CUST P.O. # | AT TIME OF REPAIR | MILEAGE 237876 | HUB/SPEEDO CHANGE ☐ | NEW MILEAGE | ADDED OIL QTY. CHANGED OIL QTY. | | |
| VIN NUMBER: 1UYVS25368M800001 | | | | | | | | |
| IN-SVC DATE: 1/27/06 | | | ☐ CAPITALIZATION | | | | COMMENTS: | | |
| TYPE: 36FT T/A REEFER TRAILER | | | | COMPONENT | METER | NEW METER | | | |
| MAKE: 2006 UTILITY TRAI FROZEN | | | | - - | - - | - - | | | |
| | | | | - - | - - | - - | | | |
| | | | | - - | - - | - - | | | |
| | | | | - - | - - | - - - 2 | | | |

| | | | | CODE | PART/TIRE TAG NO. | PART DESCRIPTION | UNIT PRICE | QTY | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| JOB NO. 1 | GOAL | ☐ WARRANTY | YEAR    MAKE | 55 | 822905668 | DUAL PUMP RESERVOIR | | 1 | |
| COMPLAINT | REPLACE PUMP BOX | REBILL ☐ | | 55 | 280693-01 | CABLE | | 1 | |
| | | REP/PM CODE 55 | MODEL | 55 | 520907262 | PLATFORM HARNESS | | 1 | |
| CAUSE OFF | ROTTED AWAY AND FALLING | PARTS COST | SERIAL NUMBER | 55 | HYDOIL | HYDRAULIC OIL | | 18 | |
| | | TECH HOURS 6.50 | PARTS RETAINED Y/N | 51 | 717500 | HUBODOMETER | | 1 | |
| CORRECTION REPLACE RESERVOIR ASSEMBLY - HYDRAULIC SYSTEM / LIFT GATE | | PARTS REBILL $ | CUST SVC HOURS / ON ROAD HOURS | | | | | | |
| | | | LABOR REBILL $ | | | | | | |
| NOTES | | | TECH(S) PATRICK | | | | | | |
| JOB NO. 2 | GOAL | ☐ WARRANTY | YEAR    MAKE | | | | | | |
| COMPLAINT | HUBODOMETER NO WORKING | REBILL ☐ | | | | | | | |
| | | REP/PM CODE 51 | MODEL | | | | | | |
| CAUSE NG | | PARTS COST | SERIAL NUMBER | | | | | | |
| | | TECH HOURS .50 | PARTS RETAINED Y/N ☐ | | | | | | |
| CORRECTION REPLACE HUBODOMETER | | PARTS REBILL $ | CUST SVC HOURS / ON ROAD HOURS | | | | | | |
| | | | LABOR REBILL $ | | | | | | |
| | | | TECH(S) PATRICK | | | | | | |
| NOTES REMOVE AND REPLACE HUB ODOMETER ON WHEEL | | | | | | | | | |